UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OSBED BETANCOURT, NICKOLE HUTCHINSON,

                Plaintiffs,

v.

BRONXCARE HEALTH SYSTEM; SHIRLEY ACEVEDO, *in their individual and personal capacities*,

                Defendants.

No. 24-CV-355 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    No later than April 12, 2024, Plaintiffs shall file a letter updating the Court as to the status of service upon Defendant Acevedo.

SO ORDERED.

Dated:    April 5, 2024
           New York, New York

                                      Ronnie Abrams
                                      United States District Judge